RECEIVED

MAR 2 6 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STATE OF LOUISIANA ex rel. KENNETH JAMES GUILBEAU | CIVIL ACTION 1:18-CV-00551 |
| VERSUS | JUDGE DRELL |
| BEPCO, L.P., et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Motion to Remand (Doc. 11) is DENIED.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana on this _25_ day of _March_ 2019.

_____
JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE