RECEIVED
AUG 12 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH JAMES GUILBEAU | CIVIL ACT. NO. 1:18-cv-551 |
| -vs- | JUDGE DRELL |
| BEPCO, L.P., ET AL | MAG. JUDGE PEREZ-MONTES |

## JUDGMENT

For written reasons set forth in a Memorandum Ruling signed this date,

**IT IS ORDERED** that the Court **ADOPTS** the result but not the balance of the report and recommendation (Doc. 56).

**IT IS FURTHER ORDERED** that the motions to dismiss (Docs. 14 & 16) are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that this matter be **REMANDED** to the 19th Judicial District Court for the Parish of East Baton Rouge.

**SIGNED** on this 12TH day of August 2019, at Alexandria, Louisiana.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT